1  MICHAEL ANTHONY YANCY
   H-11683  302-23L
2  CALIFORNIA REHABILITATION CENTER
   P.O. BOX 3535
3  NORCO, CALIFORNIA, 92860
4  IN PROPRIA PERSONA

5

6      UNITED STATE DISTRICT COURT
         CENTRAL DISTRICT OF CALIFORNIA
7

8                                    '08 CV 0163 JAH LSP
9
10  MICHAEL ANTHONY YANCY          CASE NO. EDCV08-16-FMC
              PETITIONER                    (FFM)
11
                                   MOTION FOR
12       VS,                       APPOINTMENT OF COUNSEL
                                   AND SUPPORTING DECLARATION
13  GUILLERMINA HALL, WARDEN
14
15  THE PEOPLE OF THE STATE OF
    CALIFORNIA
16    THE REAL PARTY OF INTREST

17      TO THE PRESIDING JUSTICE OF THE UNITED STATE
        DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA,
18

19      I Michael A. Yancy, Defendant and Petitioner, request
20  appointment of counsel in this District Court.
21      This motion is made on the grounds that Defendant and
22  Petitioner is entitled to appointment of counsel on Writ of Habeas
23  Corpus under the Sixth Amendment and the Fourteenth
24  Amendment, to the United States Constitution.
25      In support of this motion I Michael A. Yancy
26  defendant and Petitioner states as follows:
27      My total assets are listed as follows:



FILED
JAN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

2254 ✓  1983
FILING FEE PAID
Yes___  No ✓
IFP MOTION FILED
Yes___  No ✓
COPIES SENT TO
Court ✓  ProSe

PAPER
F CALIFORNIA
3 (REV. 3-95)
10924

1  I have been incarcerated since Dec. 2002, And
2  I have no assets or income and therefore I have no current income
3  I MICHAEL A. YANCY, Declare, the foregoing is true, under
4  the Penalty of Perjury of the State of California Rehabilitation
5  Center of California.

7  DATED. 12-27-07

HENCEFORTH
_Michael A. Yancy_
MICHAEL A. YANCY INPRO-PER

13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //